USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1401 ASYA D. ZIMBOVSKY, Plaintiff, Appellant, v. COMMONWEALTH OF MASSACHUSETTS, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Douglas P. Woodlock, U.S. District Judge] Before Boudin, Circuit Judge, Bownes, Senior Circuit Judge, and Lynch, Circuit Judge.   Asya Zimbovsky on brief pro se. Scott Harshbarger, Attorney General, and Stephen Dick,Assistant Attorney General, on Motion for Summary Disposition forappellee.March 4, 1999   Per Curiam. We have carefully reviewed the parties' briefs and the record on appeal. We affirm the district court's order of dismissal, dated February 25, 1998, essentially for the reasons stated by the court in granting the defendant's motion to dismiss the complaint. Affirmed.                   -2-